**STATE of Vermont v. LUDLOW SUPER MARKET, INC., No. 88-77**

September 20, 1977. The purported appeal in this case not having been taken before final judgment this Court is without jurisdiction, 13 V.S.A. § 7403; V.R.A.P. 5(a), motion to dismiss granted; appeal dismissed.

**Marie E. STEPHAN v. Joseph B. LYNCH, No. 208-77**

September 21, 1977. The parties agreeing that the premises here in question have been vacated by the defendant, it is ordered that the judgment appealed from is stayed pending appeal, conditioned upon the plaintiff's right to occupy the premises without let or hindrance from the defendant. V.R.A.P. 8(a).

**Roy MCALLISTER v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 66-77**

September 21, 1977. Since the findings of the Board themselves require the determination that the claimant was an employee, the judgment is reversed and the cause is remanded for the computation of benefits.

**William G. STAATS, JR. d/b/a Colonial Construction Co. v. Gordon WILSON and James MacPherson, No. 363-76**

September 21, 1977. There being no final judgment pursuant to V.R.C.P. 54(b), appeal dismissed and cause remanded.

**Joseph D. FALVEY v. CHITTENDEN TRUST COMPANY, The Howard Bank, O'Brien Realty, Inc. and Daniel O'Brien, No. 219-77**

September 21, 1977. Motion of defendants Howard Bank and Chittenden Trust Company to dismiss appeal is granted, there being no final judgment below. V.R.C.P. 54(b). Appeal dismissed.

**John J. O'NEIL, Caroline L. O'Neil, James O'Neil and Jean O'Neil v. William C. BUCHANAN, JR. and Ruby Marie Buchanan, No. 246-76**

October 4, 1977. Motion for Reargument denied.